BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
CHRISTINA M. EASTMAN
Certified Law Student
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag No. 10-031-EFB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **MOTION TO DISMISS AND** |
| v. | ) | **ORDER** |
| | ) | |
| BRIAN TAYLOR, | ) | DATE: May 4, 2010 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | COURT: Hon. Edmund F. Brennan |
| | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its

///
///
///
///
///
///
///
///

1

1  undersigned attorney, hereby moves this Honorable Court for an
2  Order dismissing the above-entitled matter.
3  DATED: March 23, 2010.            BENJAMIN B. WAGNER
                                     United States Attorney

                                By:  /s/ Matthew C. Stegman
                                     MATTHEW C. STEGMAN
                                     Assistant United States Attorney


                                     O R D E R
IT IS SO ORDERED:
DATED:  March 24, 2010.
                                     EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE